B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sargent Ranch, LLC, a Calif. Limited Liability Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**68-0457619** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**8038 Gilman Ct.**<br>**San Diego, Ca**<br>ZIP CODE **92037** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**San Diego** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☑ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7        ☐ Chapter 15 Petition for<br>☐ Chapter 9            Recognition of a Foreign<br>■ Chapter 11          Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                          Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer    ■ Debts are primarily<br>debts, defined in 11 U.S.C.          business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment<br>on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

RELIEF ORDERED   Southern District Of California   Case # : 11-18853-LT11   Debtor: SARGENT RANCH, LLC, A CALIF. L   Judge: LAURA TAYLOR   Chapter: 11   Filed   November 18, 2011   Deputy: JOHANNA PETERSON   Receipt: 123603   Amount : $1,046.00   09:21:02

B1 (Official Form 1) (4/10)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>Sargent Ranch, LLC, a Calif. Limited Liability Company |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed:  Southern District of California, San Diego | Case Number:<br>10-00046-PB-11 | Date Filed:<br>01/04/2010 |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor:  NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐  Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____<br>    Signature of Attorney for Debtor(s)      (Date)

</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**<br>(Check any applicable boxes.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____<br>(Name of landlord that obtained judgment)

_____<br>(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)                                                                                    Page 3

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Sargent Ranch, LLC a Claif. Limited Liability Company** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (if not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |

| Signature of Attorney* |
|---|
| X _~signature~_ Signature of Attorney for Debtor(s) **Brendan K. Ozanne   185806** Printed Name of Attorney for Debtor(s) **Dawson & Ozanne** Firm Name **7938 Ivanhoe Ave** **2nd Floor, La Jolla, Ca 92037** Address **760-877-9552   Fax: 619-491-9205** Telephone Number **11/17/2011** Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. |

| Signature of Debtor (Corporation/Partnership) | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _~signature~_ Signature of Authorized Individual **Wayne F. Pierce** Printed Name of Authorized Individual **Managing Member** Title of Authorized Individual **11/17/2011** Date | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |

## RESOLUTIONS OF THE MANAGING MEMBER OF
## SARGENT RANCH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A meeting of the Managing Member of Sargent Ranch, LLC was held on November 1, 2011 at 10:00 a.m. at 8028 Gilman Ct, La Jolla, Ca 92037. Wayne F. Pierce, Managing Member was present. Wayne F. Pierce and Marci Pierce as Trustees of the Wayne and Marci Pierce Living Trust, as 70% owners of the company were also present.

Based upon exigent circumstances the following resolutions were entered by the Managing Member of the LLC Wayne F. Pierce with the concurrence of the 70% owners:

BE IT RESOLVED, that Wayne F. Pierce is authorized to execute a petition under Chapter 11 of the United States Bankruptcy Code placing Sargent Ranch, LLC in protection under Chapter 11 of the United States Bankruptcy Code.

BE IT FURTHER RESOLVED, that Wayne F. Pierce is authorized to take any and all actions necessary for the purposes of proposing and executing a Plan of Reorganization for Sargent Ranch, LLC including but not limited to, signing statements of financial affairs, liabilities and assets, plans of reorganization and all other matters necessary thereto.

BE IT FURTHER RESOLVED, that Wayne F. Pierce is authorized to open debtor-in-possession bank accounts under his signature, at any financial institution allowed under the guidelines of the United States Trustee for the Southern District of California.

BE IT FURTHER RESOLVED, that Sargent Ranch, LLC is authorized to employ the any law firm as its counsel to represent it as debtor-in- possession in its Chapter 11 Bankruptcy proceeding.

Executed this 1st day of November 2011, at San Diego, California.


Wayne F. Pierce
Managing Member


W:\Sargent Ranch\1 QQ Corporate Resolution.wpd

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re   Sargent Ranch, LLC, a California Limited Liability Company      Case No. _____

                                Debtor(s)      Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Barnes & Thornberg<br>750 17th Street NW, #900<br>Washington, DC 20006 | Barnes & Thornberg<br>750 17th Street NW, #900<br>Washington, DC 20006 | Legal Fees | | 200,000.00 |
| Chester Spiering<br>1235 Christobal Privada<br>Mountain View, CA 94040 | Chester Spiering<br>1235 Christobal Privada<br>Mountain View, CA 94040 | Consulting Fees | | 500,000.00 |
| Clark & Weinstock<br>601 13th Street NW<br>Washington, DC 20005 | Clark & Weinstock<br>601 13th Street NW<br>Washington, DC 20005 | Legal Fees | | 75,000.00 |
| Live Oak Associates<br>6840 Via del Oro, #220<br>San Jose, CA 95119 | Live Oak Associates<br>6840 Via del Oro, #220<br>San Jose, CA 95119 | Biological Surveys | | 30,000.00 |
| Luhdorff & Scalmanini<br>5001 1st Street<br>Woodland, CA 95695 | Luhdorff & Scalmanini<br>5001 1st Street<br>Woodland, CA 95695 | Engineering Fees | | 9,500.00 |
| Manasian & Rougeau, LLP<br>400 Montgomery St., Ste. 1000<br>San Francisco, CA 94104 | Manasian & Rougeau, LLP<br>400 Montgomery St., Ste. 1000<br>San Francisco, CA 94104 | Legal Fees | | 750,000.00 |
| McNally Temple<br>1817 Capitol Avenue<br>Sacramento, CA 95811 | McNally Temple<br>1817 Capitol Avenue<br>Sacramento, CA 95811 | Consulting Fees | | 84,000.00 |
| Mike Baldridge<br>335 Sutton Circle<br>Danville, CA 94506 | Mike Baldridge<br>335 Sutton Circle<br>Danville, CA 94506 | Consulting Fees | | 1,774,250.00 |
| Miller Starr Regalia<br>1331 N. California Blvd.<br>Walnut Creek, CA 94596 | Miller Starr Regalia<br>1331 N. California Blvd.<br>Walnut Creek, CA 94596 | Legal Fees | | 83,674.00 |
| Morrison Foerster<br>101 Ygnacio Valley Rd., #250<br>Walnut Creek, CA 94596 | Morrison Foerster<br>101 Ygnacio Valley Rd., #250<br>Walnut Creek, CA 94596 | Legal Fees | | 13,000.00 |
| Pillsbury Winthrop<br>2300 N. Street NW, Rm 6182<br>Washington, DC 20037 | Pillsbury Winthrop<br>2300 N. Street NW, Rm 6182<br>Washington, DC 20037 | Legal Fees | | 411,000.00 |
| Ruggeri Jensen Azar<br>8055 Camino Arroyo<br>Gilroy, CA 95020 | Ruggeri Jensen Azar<br>8055 Camino Arroyo<br>Gilroy, CA 95020 | Engineering Fees | | 8,170.00 |

B4 (Official Form 4) (12/07)- Cont.

In re    **Sargent Ranch, LLC, a California Limited Liability Company**

               Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security} |
|---|---|---|---|---|
| Santa Clara County Tax Collector 70 W. Hedding Street San Jose, CA 95110 | Santa Clara County Tax Collector 70 W. Hedding Street San Jose, CA 95110 | 810-38-002; 810-37-008; 810-37-007; 810-37-006 810-37-005; 810-38-009; 810-38-014; 810-38-015; 810-38-016; 810-38-017; 841-36-013 | | 489,220.40 |
| Santa Cruz County Tax Collector Room 150 County Government Ctr Santa Cruz, CA 95060 | Santa Cruz County Tax Collector Room 150 County Government Ctr Santa Cruz, CA 95060 | 110-201-04 ($6,022); 110-251-06 ($212); 110-271-01 ($5,800); 110-281-01 ($41,000) | | 53,034.00 |

B4 (Official Form 4) (12/07)- Cont.

In re   **Sargent Ranch, LLC, a California Limited Liability Company**
Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY ON
## BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **November 17, 2011**

Signature _____

**Wayne F. Pierce**
**Managing Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571:

B6A (Official Form 6A) (12/07)

In re  Sargent Ranch, LLC                         ,        Case No. _____
              **Debtor**                                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2755 US Highway 101, Gilroy Ca Property totals 6,400 acres<br><br>with 14 legal parcels in Santa Clara and Santa Cruz County<br><br>Santa Clara County Tax Parcel Nos: 810-38-002; 810-37-008;<br><br>810-37-007; 810-37-005; 810-38-009; 810-38-014;<br><br>810-38-015; 810-38-016; 810-38-017; 841-36-013<br><br>Santa Cruz County Tax Parcel Nos: 110-201-04; 110-251-06;<br><br>110-271-01; 110-281-01 | | | 716,100,000.00 | 46,500,000.00 |
| | | Total▶ | 716,100,000.00 | |

(Report also on Summary of Schedules.)

| | | |
|---|---|---|
| **I.** | **Habitat Mitigation Credit Sales Company** | |
| | Santa Clara and Santa Cruz Counties | |
| I.a | 800-1 acre Riparian Credits | $160.8 Million |
| I.b | 500-1 acre Red Legged Frog Credits | $25 Million |
| I.c | 500-1 acre California Tiger Salamander | $12.5 Million |
| | | |
| **II.** | **Sand Extraction Sales Company** | |
| | Santa Clara County | |
| | 200,000,000 tons construction aggregates | $400 Million |
| | (materials extracted from 1,000 acres) | |
| | | |
| **III.** | **Solar Energy Company** | $5 Million |
| | Santa Clara County | |
| | (120 acre site with direct access to high | |
| | wire power grid transmission lines) | |
| | | |
| **IV.** | **Liquid Asphalt Extraction Company** | $10 Million |
| | Santa Clara County | |
| | (140,000 tons contained in 50 acres) | |
| | | |
| **V.** | **Real Estate Development Sales Company** | |
| | **Santa Clara County:** | |
| V.a | 500 acres commercially zoned property | $10 Million |
| V.b | 500 acres retail and industrial zoned property | $10 Million |
| V.c | 2,430 acres residential zoned property | $48.6 Million |
| | **Santa Cruz County:** | |
| V.d | 1,000 acres Williamson act zoned property | $10 Million |
| | (Minimum lot size of 40 acres) | |
| | | |
| **VI.** | **Water Rights Sales Company** | $5 Million |
| | Santa Clara County and Santa Cruz County | |
| | Overlying, Riparian, Surface water rights | |
| | **Totals:** | **$716.1 Million** |

B 6D (Official Form 6D) (12/07)

In re  Sargent Ranch, LLC                    ,    Case No. _____
                    **Debtor**                                      (If known)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00417A<br><br>First Blackhawk Fin. Inc.<br>4125 Blackhawk Plz Cir.<br>#270<br>Danville, Ca 92506 | | | 6/2000-12/2005<br>1st trust deed with multiple listed beneficiaries<br><br>VALUE $ 716,100,000 | | x | x | 28,500,000.00 | 0.00 |
| ACCOUNT NO.<br><br>First Blackhawk Fin. Inc.<br>4125 Blackhawk Plz Cir.<br>#270<br>Danville, Ca 92506 | | | 11/200-12/2005<br>2nd trust deed with multiple listed beneficiaries<br><br>VALUE $ 716,100,000 | | x | x | 15,000,000.00 | 0.00 |
| ACCOUNT NO.<br><br>First Blackhawk Fin. Inc.<br>4125 Blackhawk Plz Cir.<br>#270<br>Danville, Ca 92506 | | | 10/2003<br>3rd trust deed with multiple listed beneficiaries<br><br>VALUE $ 716,100,000 | | x | x | 3,000,000.00 | 0.00 |

18  continuation sheets attached

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page)

$ 46,500,000.00       $ 0.00

$                      $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                2

In re  Sargent Ranch, LLC                    ,          Case No. _____
                    **Debtor**                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Albert J Kralik, Trustee<br>64 Deer Crest Place<br>Danville, CA 94506 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>Athena Coast Holdings Ltd. St. George's Place St. Peter, Guernsey GYI 3ZG | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>Bradley D. Benson 5 Evans Place Orinda, CA94563 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>Cavalier Corp Ltd. St. George's Place St. Peter, Guernsey, GYI 3ZG | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>DACA 1565 Hotel Cir S. Suite 310 San Diego, Ca 92108 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |

Sheet no.__1__of__18__continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$

$

Total(s) ▶
(Use only on last page)

$

$

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                   2

In re  Sargent Ranch, LLC                    ,        Case No. _____
                      **Debtor**                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Debra Gewertz<br>31586 Via Cruzada<br>San Juan Capistrano, CA 92675 | | | Beneficiary of one or more listed deeds of trust<br><br>**VALUE $** | | | | | |
| **ACCOUNT NO.**<br><br>Enderley Ltd. Isle of Man<br>Jerbourg - St. Martin Channe, Guernsey GY4 6BN | | | Beneficiary of one or more listed deeds of trust<br><br>**VALUE $** | | | | | |
| **ACCOUNT NO.**<br><br>ERG Ford Retirement Trust<br>900 Stanford  Avenue Oakland, CA 94608 | | | Beneficiary of one or more listed deeds of trust<br><br>**VALUE $** | | | | | |
| **ACCOUNT NO.**<br><br>ERG-BOB Retirement Trust<br>900 Stanford Ave. Emeryville, CA 94608 | | | Beneficiary of one or more listed deeds of trust<br><br>**VALUE $** | | | | | |
| **ACCOUNT NO.**<br><br>Eric B. Benson<br>5 Evans Place<br>Orinda, CA 94563 | | | Beneficiary of one or more listed deeds of trust<br><br>**VALUE $** | | | | | |

Sheet no.     2    of   18   continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$

$

Total(s) ▶
(Use only on last page)

$

$

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                2

In re  Sargent Ranch, LLC                    ,        Case No. _____
                    **Debtor**                                                      **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Frederic Sylvester, Trustee<br>P.O. Box 2483<br>Olympic Valley, CA 96 | | | Beneficiary of one or more listed deeds of trust<br><br>**VALUE $** | | | | | |
| **ACCOUNT NO.**<br><br>Arthur Jeffrey Appleton<br>32 WakefielfCourt<br>Danville, CA 94506 | | | Beneficiary of one or more listed deeds of trust<br><br>**VALUE $** | | | | | |
| **ACCOUNT NO.**<br><br>Avilla Thompson, a Ltd Partner<br>818 Kalthoff Common<br>Livermore, CA 94550 | | | Beneficiary of one or more listed deeds of trust<br><br>**VALUE $** | | | | | |
| **ACCOUNT NO.**<br><br>Bruce K Palmer<br>457 Sunningdale Dr<br>Rancho Mirage, CA 92270 | | | Beneficiary of one or more listed deeds of trust<br><br>**VALUE $** | | | | | |
| **ACCOUNT NO.**<br><br>Cavalier Corp. Ltd. St. George's Place<br>Guernsey, GYI 3ZG | | | Beneficiary of one or more listed deeds of trust<br><br>**VALUE $** | | | | | |

Sheet no._**3**_of_**18**_continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$                    $

Total(s) ▶
(Use only on last page)

$                    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                                          2

In re  Sargent Ranch, LLC_____ ,        Case No. _____
                  **Debtor**                                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Discount Fabrics 3001 Deer Meadow Dr Danville, CA 94506 | | | Beneficiary of one or more listed deeds of trust VALUE $ | | | | | |
| ACCOUNT NO. Enderley Ltd., Jerbourg - St. Martin Channe, Guernsey, GY4 6BN | | | Beneficiary of one or more listed deeds of trust VALUE $ | | | | | |
| ACCOUNT NO. ERG, Inc. 900 Stanford Avenue Oakland, CA 94608 | | | Beneficiary of one or more listed deeds of trust VALUE $ | | | | | |
| ACCOUNT NO. Ethel M Blake 3001 Deer Meadow Drive Danville, CA 94506 | | | Beneficiary of one or more listed deeds of trust VALUE $ | | | | | |
| ACCOUNT NO. Fredrick H Badger 2700 E Morning Glory Cir Payson, AZ 85541 | | | Beneficiary of one or more listed deeds of trust VALUE $ | | | | | |

Sheet no.__4__of__18__continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)                         $                          $

Total(s) ▶
(Use only on last page)                         $                          $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                  2

In re  Sargent Ranch, LLC                          ,        Case No. _____
                    **Debtor**                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Associated Mang. P.O. Box 1509 Danville, CA 94526 | | | Beneficiary of one or more listed deeds of trust<br>**VALUE $** | | | | | |
| **ACCOUNT NO.** Bernat Rosner 12 Henry Ranch Drive San Ramon, CA 94583 | | | Beneficiary of one or more listed deeds of trust<br>**VALUE $** | | | | | |
| **ACCOUNT NO.** Carr Capital Partners 2825 El Camino Real Redwood City,Ca 94061 | | | Beneficiary of one or more listed deeds of trust<br>**VALUE $** | | | | | |
| **ACCOUNT NO.** de Groot Trust 31 Hartwood Court Lafayette, CA 94549 | | | Beneficiary of one or more listed deeds of trust<br>**VALUE $** | | | | | |
| **ACCOUNT NO.** Elizabeth A Doerr-Black 6 Arroyo Drive Orinda, CA 94563 | | | Beneficiary of one or more listed deeds of trust<br>**VALUE $** | | | | | |

Sheet no.   5   of   18   continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)                                 $                          $

Total(s) ▶
(Use only on last page)                                $                          $

                                          (Report also on                (If applicable,
                                          Summary of Schedules.)          report also on
                                                                          Statistical Summary
                                                                          of Certain
                                                                          Liabilities and
                                                                          Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                                     2

In re  Sargent Ranch, LLC                          ,        Case No. _____
                      **Debtor**                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ERG, Inc. Retirement Trust <br> 900 Stanford Avenue <br> Oakland, CA 94608-2 | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> First Trust Corp. <br> P.O. Box 173301 <br> Denver, CO 80217 | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> Gary F Griffin, Trustee <br> 4109 Napa Loop <br> Roseville, CA 95747 | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> Gibbs Hill Insurance <br> P.O. Box HM 1571 <br> Hamilton Bermuda <br> HM GX | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> Goldfinger Investments, Ltd. <br> St. Helier, Jersey <br> JE4 Channel Islands | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |

Sheet no.   6   of   18   continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$                          $

Total(s) ▶
(Use only on last page)

$                          $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                2

In re   Sargent Ranch, LLC                    ,        Case No. _____
                    **Debtor**                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Herber L Sillivan 617 Park Hill Road Danville, CA 94526 | | | Beneficiary of one or more listed deeds of trust **VALUE $** | | | | | |
| **ACCOUNT NO.** Jocelyn Sylvester Herail 9 Acacia Drive Tiburon, CA 94920 | | | Beneficiary of one or more listed deeds of trust **VALUE $** | | | | | |
| **ACCOUNT NO.** Kurt M Pagnini 1175 Quail Ridge Court San Jose, CA 95120 | | | Beneficiary of one or more listed deeds of trust **VALUE $** | | | | | |
| **ACCOUNT NO.** Linkup Holdings St. George's Place St. Peter, Guernsey, GYI 3ZG | | | Beneficiary of one or more listed deeds of trust **VALUE $** | | | | | |
| **ACCOUNT NO.** Marin H Plone 1087 Insbruck Street Livermore, CA 94550 | | | Beneficiary of one or more listed deeds of trust **VALUE $** | | | | | |

Sheet no.__7__ of __18__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$                     $

Total(s) ▶
(Use only on last page)

$                     $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.

2

In re  Sargent Ranch, LLC _____ ,      Case No. _____
          **Debtor**                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mark Ragno<br>1606 West Longview<br>Stockton, CA 95207 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>Mary Marbury Bowie<br>110 Coffee Cup Drive<br>Sedona, AZ 86336 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br> Montgomery St Prts<br>7075 Vally Greens Cir<br>Carmel, CA 93923 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>Gunilla M Rittenhouse<br>3389 Silver Springs Court<br>Lafayette, CA 94549 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>Ian G Koblick<br>P.O. Box 787<br>Key Largo, FL 33037 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |

Sheet no. __8__ of __18__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)
   $           $

Total(s) ▶
(Use only on last page)
   $           $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                   2

In re  Sargent Ranch, LLC                    ,        Case No. _____
                **Debtor**                                           **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>John S Appleton<br>3420 Bryn Mawr<br>Dallas, TX 75225 | | | Beneficiary of one or more listed deeds of trust<br>VALUE $ | | | | | |
| ACCOUNT NO.<br>Lee Wolterding<br>7075 Valley Greens Cir.<br>Carmel, CA 93923 | | | Beneficiary of one or more listed deeds of trust<br>VALUE $ | | | | | |
| ACCOUNT NO.<br>Los Amigos V<br>809 Mt. View Drive<br>Lafayette, CA 94549 | | | Beneficiary of one or more listed deeds of trust<br>VALUE $ | | | | | |
| ACCOUNT NO.<br>Mark D Benson<br>5 Evans Place<br>Orinda, CA 94563 | | | Beneficiary of one or more listed deeds of trust<br>VALUE $ | | | | | |
| ACCOUNT NO.<br>Martin A Parese, Jr.<br>20 Gary Way<br>Alamo, CA 94507 | | | Beneficiary of one or more listed deeds of trust<br>VALUE $ | | | | | |

Sheet no. 9 of 18 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶ (Total(s) of this page)  $            $

Total(s) ▶ (Use only on last page)  $            $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                              2

In re  Sargent Ranch, LLC                    ,        Case No. _____
                        **Debtor**                                                        **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Michael Thompson 818 Kalthoff Common Livermore, CA 94550 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| ACCOUNT NO. Nailder Investments Ltd. St. Helier Jersey JE4 5, Channel Islands | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| ACCOUNT NO. Jim Schreader 3627 Covello Circle Shingle Springs, CA 95682 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| ACCOUNT NO. Ken/Paulina McGill 3199 Blackhawk MeadowDr. Danville, CA 94506 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| ACCOUNT NO. Louis Rittenhouse 3389 Silver Springs Court Lafayette, CA 94549 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |

Sheet no. 10 of 18 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s)▶
(Total(s) of this page)                                 $                    $

Total(s) ▶
(Use only on last page)                               $                    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                                    2

In re   Sargent Ranch, LLC                          ,        Case No. _____
                     **Debtor**                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Mary B. Wilson <br> P.O. Box 954 <br> Minturn, CO 81645 | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> Michael E Pegler <br> 5262 Pleasant Hill Rd. <br> Pleasanton, CA 94588 | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> New Process Industries <br> 900 Stanford Avenue <br> Oakland, CA 94608 | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> Norman I. Adams <br> 291 Parkside Drive <br> Palo Alto, CA 94306 | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> Pensco Trust/Palmer <br> P.O. Box26903 <br> San Francisco, CA 94126 | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |

Sheet no. __11__ of __18__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$                    $

Total(s) ▶
(Use only on last page)

$                    $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                         2

In re  Sargent Ranch, LLC                    ,        Case No. _____
                        **Debtor**                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Pensco Trust/Kralik<br>P.O. Box 26903<br>San Francisco, Ca 94126 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| **ACCOUNT NO.**<br>Pensco Trust Company<br>P.O. Box 26903<br>San Francisco, Ca 94126 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| **ACCOUNT NO.**<br>Porter A. Hurt<br>4833 N Hidden Terr.<br>Litchifield Park, AZ 85340 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| **ACCOUNT NO.**<br>Richard Enrenberger<br>2649 Russell Steet<br>Berkeley, Ca 94705 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| **ACCOUNT NO.**<br>Ron/Catherine Blake<br>3001 Deer Meadow Drive, Danville, Ca 94506 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |

Sheet no. 12 of 18 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)                         $                         $

Total(s) ▶
(Use only on last page)                         $                         $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) — Cont.                                                    2

In re  Sargent Ranch, LLC                    ,          Case No. _____
                    **Debtor**                                                      **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Shazara Services Ltd. C St. George's Place St. Peter, Guernsey, GYI 3ZG | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> Steve Mirassou 17294 Nagpal Court Monte Sereno, CA 95030 | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> Patricia J Bussey 78-910 Via Carmel La Quinta, CA 92253 | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> Pensco/Kuykendall P.O. Box 26903 San Francisco, Ca 94126 | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> Pensco/Plone P.O. Box 26903 San Francisco, CA 94126 | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |

Sheet no. __13__ of __18__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ | $

Total(s) ▶
(Use only on last page)

$ | $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) — Cont.

2

In re  Sargent Ranch, LLC                  ,          Case No. _____
            **Debtor**                                                          **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Pensco/Keith<br>P.O. Box 26903<br>San Francisco, CA 94126 | | | Beneficiary of one or more listed deeds of trust<br>VALUE $ | | | | | |
| ACCOUNT NO.<br>Rawson Investments Ltd. St. George's Place<br>St. Peter Guernsey GYI 3ZG | | | Beneficiary of one or more listed deeds of trust<br>VALUE $ | | | | | |
| ACCOUNT NO.<br>Richard Williams<br>442 Diablo Rd. #157<br>Danville, Ca 94526 | | | Beneficiary of one or more listed deeds of trust<br>VALUE $ | | | | | |
| ACCOUNT NO.<br>Ronald P Elvidge<br>255 Tim Court<br>Danville, CA 94526 | | | Beneficiary of one or more listed deeds of trust<br>VALUE $ | | | | | |
| ACCOUNT NO.<br>Steven S Hallock<br>4258 Golden Oak Court<br>Danville, CA 94506 | | | Beneficiary of one or more listed deeds of trust<br>VALUE $ | | | | | |

Sheet no. 14 of 18 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)     $          $

Total(s) ▶
(Use only on last page)     $          $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                    2

In re  Sargent Ranch, LLC                    ,        Case No. _____
                    **Debtor**                                                          **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Paul Pagnini<br>56 Red Pine Court<br>Danville, CA 94506 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>Pensco/Palmer/DuBois<br>P.O. Box 26903<br>San Francisco, CA 94126 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>PENSCO/ Pegler<br>P.O. Box 26903<br>San Francisco, CA 94126 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>Pensco Beckett<br>P.O. Box 26903<br>San Francisco, Ca 94126 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>Pensco/Drenna<br>P.O. Box 26903<br>San Francisco, CA 94126 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |

Sheet no. 15 of 18 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ 

$ 

Total(s) ▶
(Use only on last page)

$ 

$ 

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                    2

In re   Sargent Ranch, LLC                    ,          Case No. _____
                    **Debtor**                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Ricardo Pimienta <br> 205 Dublin Street <br> San Francisco, CA 94112 | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |
| **ACCOUNT NO.** <br><br> Richard R Bruce <br> 313 Sequoia Terrace <br> Danville, CA 94506 | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |
| **ACCOUNT NO.** <br><br> Russell A Bowen <br> 4024 Constitution Dr <br> Fairfield, CA 94533 | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |
| **ACCOUNT NO.** <br><br> Sherie Sylvester <br> 565 East Channel Rd <br> Santa Monica, CA 90402 | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |
| **ACCOUNT NO.** <br><br> Susah Ragno <br> 4117 "U" Street <br> Sacramento, Ca 95817 | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |

Sheet no. __16__ of __18__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶ (Total(s) of this page)         $                    $

Total(s) ▶ (Use only on last page)            $                    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                      2

In re  Sargent Ranch, LLC                    ,        Case No. _____
                        **Debtor**                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Russell/ Vivien Bowen 4024 Constitution Dr Fairfield, CA 94533 | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> Trust Company of America P.O. Box 6580 Englewood, CO 80155 | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> William E Noble 3421 Hackamore Dr Hayward, CA 94541 | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> World Health Assoc. 3 Janet Way, #23 Belvedere Tiburon, CA 94920 | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> Thomas Marckwardt 5094 Blackhawk Dr Danville, CA 94506 | | | Beneficiary of one or more listed deeds of trust <br><br> VALUE $ | | | | | |

Sheet no.__17__of__18__continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$       $

Total(s) ▶
(Use only on last page)

$       $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                    2

In re  Sargent Ranch, LLC _____,      Case No. _____
                     **Debtor**                                                  **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>V Lea Sasak<br>P.O. Box 11447<br>Pleasanton, CA 94588 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>William Mazzocco<br>P.O  Box 1110<br>Livermore, CA 94551 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>W. Richard Marz<br>138 Pepperwood Ct<br>Danville, CA 94506 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>William/Marie Smithousen<br>43 Banbridge Pl<br>Pleasant Hill, CA 9452 | | | Beneficiary of one or more listed deeds of trust<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |

Sheet no. __18__ of __18__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)►
(Total(s) of this page)                     $                        $

Total(s) ►
(Use only on last page)                    $   46,500,000.00        $              0.00

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (04/10)

In re  Sargent Ranch, LLC                    ,                    Case No._____
                        Debtor                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/10) – Cont.

In re  Sargent Ranch, LLC                                    ,        Case No._____
                    Debtor                                                                *(if known)*


☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


   * *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*


                              1    continuation sheets attached

B 6E (Official Form 6E) (04/10) – Cont.

In re  Sargent Ranch, LLC                              ,          Case No. _____
　　　　　　　　　Debtor                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Santa Clara County<br>Tax Collector<br>70 W. Hedding Street<br>San Jose, Ca 95110 | | | 1/2008-11/2011<br>Property Taxes<br>for 11 seperate<br>legal parcels:<br>810-38-002; | | | | 489,220.40 | 489,220.40 | |
| Account No.<br><br> | | | 810-37-008;<br>810-37-007;<br>810-37-006;<br>810-37-005;<br>810-38-009; | | | | | | |
| Account No.<br><br> | | | 810-38-014;<br>810-38-015;<br>810-38-016;<br>810-30-017;<br>841-36-013. | | | | | | |
| Account No.<br><br>Santa Cruz County<br>Tax Collector<br>Rm 150 Cnty Gov. Ctr.<br>Santa Cruz, Ca 95060 | | | 110-201-04;<br>110-251-06;<br>110-271-01;<br>1110-281-01. | | | | 53,034.00 | 53,034.00 | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ | $ 542,254.40 | $ 542,254.40 | |
(Totals of this page)

Total▶
(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.) | $ 54,225.40 |

Totals▶
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 542,254.40 | $ |

B 6F (Official Form 6F) (12/07)

In re  Sargent Ranch, LLC                    ,          Case No. _____
                    **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Barnes & Thornberg<br>750 17th Street NW #900<br>Washington, DC 20006 | | | 2005<br>Legal Fees | | | | 200,000.00 |
| ACCOUNT NO.<br><br>Chester Spiiering<br>1235 Christobal Privada<br>Mountain View, Ca 94040 | | | 2005 to 1/4/2010<br>Consulting Fees | | | | 500,000.00 |
| ACCOUNT NO.<br><br>Clark & Weinstock<br>601 13th Street NW<br>Washington, DC 20005 | | | 2005<br>Legal Fees | | | | 75,000.00 |
| ACCOUNT NO.<br><br>Gregory F. Griffin<br>1251 Stone Valley Road<br>Alamo, CA 94507 | | | Unknown Claims related to 15% interest in Debtor | x | x | | 0.00 |

Subtotal➤  $  775,000.00

_3_  continuation sheets attached

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re   Sargent Ranch, LLC                                    ,        Case No. _____
          **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Live Oak Associates<br>6840 Via Del Oro #220<br>San Jose, Ca  95119 | | | 2007-2009<br>Biological Surveys | | | | 30,000.00 |
| ACCOUNT NO.<br><br>Luhdorff & Scalmanini<br>5001 1st Street<br>Woodland, Ca 95695 | | | 2005<br>Engineering Fees | | | | 9,500.00 |
| ACCOUNT NO.<br><br>Manasian & Rougeau, LLC<br>400 Montgomery St. #1000<br>San Francisco, Ca 94104 | | | 2007-2009<br>Legal Fees | | | | 750,000.00 |
| ACCOUNT NO.<br><br>McNally Temple<br>1817 Capitol Ave<br>Sacramento, Ca  95811 | | | 2004<br>Consulting Fees | | | | 84,000.00 |
| ACCOUNT NO.<br><br>Mike Baldridge<br>335 Sutton Circle<br>Danville, Ca  94506 | | | 2003 to 1/4/2010<br>Consulting Fees | | | | 1,774,250.00 |

Sheet no. __1__ of __3__  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 2,647,750.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
　　　　　　　　Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Miller Starr Regalia<br>1331 N. California Blvd.<br>Walnut Creek, Ca 94596 | | | 2008-2009<br>Legal Fees | | | | 83,674.00 |
| ACCOUNT NO.<br><br>Morrison Foerster<br>101 Ygnacio Valley Rd #250<br>Walnut Creek, Ca 94596 | | | 2007<br>Legal Fees | | | | 13,000.00 |
| ACCOUNT NO.<br><br>Pillsbury Winthrop<br>2300 N. Street NW Rm 6182<br>Washington, DC  20037 | | | 2004<br>Legal Fees | | | | 41,100.00 |
| ACCOUNT NO.<br><br>Ruggeri Jensen Azar<br>8055 Camino Arroyo<br>Gilroy, Ca 95020 | | | 12/07/2006 to 01/04/2010<br>Engineering Fees | | | | 8,170.00 |
| ACCOUNT NO.<br><br>Arthur Appleton<br>4125 Blackhawk Plz Cir #270<br>Danville, Ca 94506 | | | Unknown Claims related to 15% interest in Debtor | | x | x | 0.00 |

Sheet no. __2__ of __3__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 219,474.00

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re ___Sargent Ranch, LLC_____,          Case No. _____
                **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wayne F. Pierce<br>8028 Gilman Ct.<br>La Jolla, Ca  92037 | | | 5/2000 to 11/1/2011<br>Accrued Managment Fees | | | | 7,187,500.00 |
| ACCOUNT NO.<br><br>Smaha Law Group<br>7860 MIssion Center Ct #100<br>San Diego, Ca 92108 | | | 1/4/2010 to 9/28/2011<br>Legal Fees | | | | 250,000.00 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no.__3__ of __3__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 7,437,500.00

Total▶  $ 11,079,725.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6H (Official Form 6H) (12/07)

**In re** Sargent Ranch, LLC_____ ,        Case No. _____
         **Debtor**                                                              **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Wayne F. Pierce<br>8028 Gilman Ct.<br>La Jolla, Ca  92037 | First Blackhawk Financial<br>4125 Blackhawk Plz Cir #270<br>Danville, CA  94506 |
| Wayne F. Pierce<br>8028 Gilman Ct.<br>La Jolla, Ca  92037 | First Blackhawk Financial<br>4125 Blackhawk Plz Cir #270<br>Danville, CA  94506 |
| Wayne F. Pierce<br>8028 Gilman Ct.<br>La Jolla, Ca  92037 | First Blackhawk Financial<br>4125 Blackhawk Plz Cir #270<br>Danville, CA  94506 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Sargent Ranch, LLC                    ,                    Case No. _____
                    **Debtor**                                                              **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

   I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __36__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                                                                      **Debtor**

Date _____          Signature: _____
                                                                                          **(Joint Debtor, if any)**

                                                              [If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

   I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                Social Security No.
of Bankruptcy Petition Preparer                              *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
  Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the  Managing Member                    [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the  Sargent Ranch, LLC             [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __36__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date  11/01/2011                                  Signature: _____

                                                              Wayne F. Pierce
                                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of California

In re    **Sargent Ranch, LLC, a California Limited Liability Company**

Debtor

Case No. _____

Chapter _____ 11 _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gregory F. Griffin**<br>**1251 Stone**<br>**Valley Road**<br>**Alamo, CA 94507** | **Member** | **15%** | **Member** |
| **The Wayne & Marci Pierce**<br>**Living Trust**<br>**8028 Gilman Ct**<br>**La Jolla, CA 92037** | **Member** | **70%** | **Member** |
| **Arthur Appleton**<br>**4125 Blackhawk Plz Cir #270**<br>**Danville, Ca 94506** | **Member** | **15%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: November 1, 2011                       Signature: _____

                                         **Wayne F. Pierce, Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

<u>0</u>    continuation sheets attached to List of Equity Security Holders

CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.
**Brendan K. Ozanne 185806**
**7938 Ivanhoe Ave.**
**2nd Floor**
**La Jolla, Ca 92037   760-877-9522**
**185806**

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Sargent Ranch, LLC, a California Limited Liability Company**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

■ New petition filed. Creditor diskette required.

TOTAL NO. OF CREDITORS: **110**

Conversion filed on _____ . *See instructions on reverse side.*
☐ Former Chapter 13 converting: Creditor diskette required.
☐ Post-petition creditors added. Scannable matrix required.
☐ There are no post-petition creditors. No matrix required.

TOTAL NO. OF CREDITORS:

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
☐ Names and addresses are being ADDED.
☐ Names and addresses are being DELETED.
☐ Names and addresses are being CORRECTED.

PART II (check one):

■ The above-named Debtor :(s) hereby verifies that the list of creditors is true and correct to the best of *my* (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: __November 17, 2011__              /s/ Wayne F. Pierce
                                          **Wayne F. Pierce/Managing Member**
                                          Signer/Title

REFER TO INSTRUCTIONS ON REVERSE SIDE

CSD 1008

Software Copyright (c) 1996-2009 Best Case Solutions, Inc.- Evanston, IL-(800) 492-8037

Best Case Bankruptcy

CSD 1008 (Page 2) [08/21/00]

## INSTRUCTIONS

1)       Full compliance with Special Requirements for Mailing Addresses (CSD 1007) is required.

2)       A creditors matrix with Verification is required whenever the following occurs:

    a)       A new petition is filed.  Diskette required.

    b)       A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

    c)       An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)       The scannable matrix must be originally typed or printed. It may not be a copy.

4)       CONVERSIONS:

    a)       When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, ALL creditors must be listed on the mailing matrix at the time of filing and accompanied by a Verification.  Diskette required.

    b)       For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, only post-petition creditors need be listed on the mailing matrix. The matrix and Verification must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)       AMENDMENTS AND BALANCE OF SCHEDULES:

    a)       Scannable matrix format required.

    b)       The matrix with Verification is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

    c)       Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)       Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

CSD 1008

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Albert J Kralik, Trustee
64 Deer Crest Place
Danville, CA 94506


Athena Coast Holdings Ltd.
St. George's Place
St. Peter, Guernsey GYI 3ZG


Bradley D. Benson
5 Evans Place
Orinda, CA94563


Cavalier Corp Ltd.
St. George's Place
St. Peter, Guernsey, GYI 3ZG


DACA
1565 Hotel Cir S. Suite 310
San Diego, Ca 92108


Debra Gewertz
31586 Via Cruzada
San Juan Capistrano, CA 92675


Enderley Ltd. Isle of Man
Jerbourg - St. Martin
Channe, Guernsey GY4 6BN


ERG Ford Retirement Trust
900 Stanford  Avenue
Oakland, CA 94608


ERG-BOB Retirement Trust
900 Stanford Ave.
Emeryville, CA 94608


Eric B. Benson
5 Evans Place
Orinda, CA 94563


1

Frederic Sylvester, Trustee
P.O. Box 2483
Olympic Valley, CA 96146


Arthur Jeffrey Appleton
32 Wakefielf Court
Danville, CA 94506


Avilla Thompson, a Ltd Partner
818 Kalthoff Common
Livermore, CA 94550


Bruce K Palmer
457 Sunningdale Dr
Rancho Mirage, CA 92270


Cavalier Corp. Ltd.
St. George's Place
Guernsey, GYI 3ZG


Discount Fabrics
3001 Deer Meadow Dr
Danville, CA 94506


Enderley Ltd.,
Jerbourg - St. Martin
Channel Islands, Guernsey, GY4 6BN


ERG, Inc.
900 Stanford Avenue
Oakland, CA 94608


Ethel M Blake
3001 Deer Meadow Drive
Danville, CA 94506

Fredrick H Badger
2700 E Morning Glory Cir
Payson, AZ 85541


Associated Mang.
P.O. Box 1509
Danville, CA 94526


Bernat Rosner
12 Henry Ranch Drive
San Ramon, CA 94583


Carr Capital Partners
2825 El Camino Real
Redwood City, CA 94061


de Groot Trust
31 Hartwood Court
Lafayette, CA 94549


Elizabeth A Doerr-Black
6 Arroyo Drive
Orinda, CA 94563


ERG, Inc. Retirement Trust
900 Stanford Avenue
Oakland, CA 94608-2320


First Trust Corp.
P.O. Box 173301
Denver, CO 80217


Gary F Griffin, Trustee
4109 Napa Loop
Roseville, CA 95747

Gibbs Hill Insurance
P.O. Box HM 1571
Hamilton Bermuda HM GX


Goldfinger Investments, Ltd.
St. Helier, Jersey
JE4 Channel Islands


Herber L Sillivan
617 Park Hill Road
Danville, CA 94526


Jocelyn Sylvester Herail
9 Acacia Drive
Tiburon, CA 94920


Kurt M Pagnini
1175 Quail Ridge Court
San Jose, CA 95120


Linkup Holdings
St. George's Place
St. Peter, Guernsey, GYI 3ZG


Marin H Plone
1087 Insbruck Street
Livermore, CA 94550


Mark Ragno
606 West Longview
Stockton, CA 95207


Mary Marbury Bowie
110 Coffee Cup Drive
Sedona, AZ 86336

4

```
Montgomery St Prts
7075 Valley Greens Cir
Carmel, CA 93923


Gunilla M Rittenhouse
3389 Silver Springs Court
Lafayette, CA 94549


Ian G Koblick
P.O. Box 787
Key Largo, FL 33037


John S Appleton
3420 Bryn Mawr
Dallas, TX 75225


Lee Wolterding
7075 Valley Greens Cir.
Carmel, CA 93923


Los Amigos V
809 Mt. View Drive
Lafayette, CA 94549


Mark D Benson
5 Evans Place
Orinda, CA 94563


Martin A Parese, Jr.
20 Gary Way
Alamo, CA 94507


Michael Thompson
818 Kalthoff Common
Livermore, CA 94550
```

5

Nailder Investments Ltd.
St. Helier
Jersey JE4 5, Channel Islands


Jim Schreader
3627 Covello Circle
Shingle Springs, CA 95682


Ken/Paulina McGill
3199 Blackhawk MeadowDr.
Danville, CA 94506


Louis Rittenhouse
3389 Silver Springs Court
Lafayette, CA 94549


Mary B. Wilson
P.O. Box 954
Minturn, CO 81645


Michael E Pegler
5262 Pleasant Hill Rd.
Pleasanton, CA 94588


New Process Industries
900 Stanford Avenue
Oakland, CA 94608


Norman I. Adams
291 Parkside Drive
Palo Alto, CA 94306


Pensco Trust/Palmer
P.O. Box26903
San Francisco, CA 94126

Pensco Trust/Kralik
P.O. Box 26903
San Francisco, CA 94126


Pensco Trust Company
P.O. Box26903
San Francisco, CA 94126


Porter A Hurt
4833 N Hidden Terrace
Litchfield Park, AZ 85340


Richard Ehrenberger
2649 Russell Street
Berkeley, CA 94705


Ron/ Catherine Blake
3001 Deer Meadow Drive
Danville, CA 94506


Shazara Services Ltd.
C St. George's Place
St. Peter, Guernsey, GYI 3ZG


Steve Mirassou
17294 Nagpal Court
Monte Sereno, CA 95030


Patricia J Bussey
78-910 Via Carmel
La Quinta, CA 92253


Pensco Trst/Kuykendall
P.O. Box 26903
San Francisco, CA 94126

Pensco/Plone
P.O. Box 26903
San Francisco, CA 94126


Pensco/Keith
P.O. Box 26903
San Francisco, CA 94126


Rawson Investments Ltd.
St. George's Place
St. Peter Guernsey GYI 3ZG


Richard Williams
442 Diablo Rd. #157
Danville, Ca 94526


Ronald P Elvidge
255 Tim Court
Danville, CA 94526


Steven S Hallock
4258 Golden Oak Court
Danville, CA 94506


Paul Pagnini
56 Red Pine Court
Danville, CA 94506


Pensco/Palmer/DuBois
P.O. Box 26903
San Francisco, CA 94126


PENSCO/ Pegler
P.O. Box 26903
San Francisco, CA 94126

Pensco Beckett
P.O. Box 26903
San Francisco, CA 94126


Pensco/Drenna
P.O. Box 26903
San Francisco, CA 94126


Ricardo Pimienta
205 Dublin Street
San Francisco, CA 94112


Richard R Bruce
313 Sequoia Terrace
Danville, CA 94506


Russell A Bowen
4024 Constitution Dr
Fairfield, CA 94533


Sherie Sylvester
565 East Channel Rd
Santa Monica, CA 90402


Susah Ragno
4117 "U" Street
Sacramento, CA 95817


Russell/ Vivien Bowen
4024 Constitution Dr
Fairfield, CA 94533


Trust Company of America
P.O. Box 6580
Englewood, CO 80155

William E Noble
3421 Hackamore Dr
Hayward, CA 94541


World Health Assoc.
3 Janet Way, #23
Belvedere Tiburon, CA 94920


Thomas Marckwardt
5094 Blackhawk Dr
Danville, CA 94506


Lea Sasak
P.O. Box 11447
Pleasanton, CA 94588


William Mazzocco
P.O  Box 1110
Livermore, CA 94551


W. Richard Marz
138 Pepperwood Ct
Danville, CA 94506


William/Marie Smithousen
43 Banbridge Pl
Pleasant Hill, CA 94523


Barnes & Thornberg
750 17th Street NW, #900
Washington, DC  20006


C. Randall Bupp
Bardellini, Straw, et al.
2000 Crow Canyon Pl. #330
San Ramon, CA  94583

Chester Spiering
1235 Christobal Privada
Mountain View, CA  94040


Clark & Weinstock
601 13th Street NW
Washington, DC  20005


David W. Ginn
1981 N. Broadway, Ste. 275
Walnut Creek,  CA  94596-3886


First Blackhawk Financial Corp
c/o Greg Griffing
4125 Blackhawk Plaza Cir. #270
Danville,  CA  94506


Gregory F. Griffin
4125 Blackhawk Plaza Cir. #270
Danville, CA  94506


Live Oak Associates
6840 Via del Oro, $220
San Jose,  CA  95119


Luhdorff & Scalmani
5001 1st Street
Woodland, CA  95696


Manasian & Rougeay, LLP
400 Montomery St.,Ste. 1000
San Francisco, CA  94104

11

McNally Temple
1817 Capitol Ave
Sacramento, CA   95811


Mike Baldridge
335 Sutton Circle
Danville, CA   94506


Miller Starr Regalia
1331 N. California Blvd.
Walnut Creek,  CA  94596


Morrison Foerster
101 Ygnacio Valley Rd., # 250
Walnut Creek, CA  94596


Pillsbury Winthrop
2300 N. Street NW, Rm  6182
Washington, DC   20037


Ruggeri Jensen Azar
8055 Caminio Arroyo
Gilroy, CA  95020


Santa Clara County
Tax Collector
70 W. Hedding Street
San Jose, CA   95110


Santa Cruz County
Tax Collector
Room 150
County Government Center
Santa Cruz, CA   95060

Smaha Law Group
7860 Mission Center Ct.
Suite 100
San Diego, CA  92108


Wayne F. Pierce
8028 Gilman Ct.
San Diego, CA  92037


Arthur Appleton
4125 Blackhawk Plaza Cir. #270
Danville, CA  94506